IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS FOWLER,

      Petitioner,               No. CIV S-02-2250 GEB JFM P

      vs.

DIANE BUTLER, et al.,

      Respondents.         ORDER

_____/

      The parties, by and through counsel for respondents, have requested an extension of time to complete discovery approved by the court and to file supplemental briefing. Good cause appearing, IT IS HEREBY ORDERED that:

      1. The July 13, 2005 request for an extension of time is granted in part.

      2. The depositions authorized by this court's May 26, 2005 order shall be completed not later than September 7, 2005. Said depositions may be conducted telephonically, as appropriate.

/////

/////

/////

/////

3. Any supplemental briefs shall be filed and served not later than October 7, 2005.

DATED: July 27, 2005

                                                    UNITED STATES MAGISTRATE JUDGE

12
fowl2250.ext2