IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS FOWLER,

    Petitioner,           No. CIV S-02-2250 GEB JFM P

    vs.

DIANE BUTLER, et al.,

    Respondents.      ORDER

_____/

    Petitioner has filed an unopposed request for an extension of time for the parties to file simultaneous supplemental briefs. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's October 6, 2005 request for an extension of time is granted; and

    2. All briefs have now been filed, and the matter is submitted.

DATED: October 21, 2005.

                      /s/ John F. Moulds
                      UNITED STATES MAGISTRATE JUDGE

12;fowl2250.ext3

1