QUIN DENVIR, Bar #49374
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Chief Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
CHRIS FOWLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS FOWLER,<br><br>   Petitioner,<br><br>   v.<br><br>KATHY MENDOZA-POWERS,<br>Warden, Avenal State Prison,* et al.,<br><br>   Respondents. | NO.   CIV S-02-2250 GEB JFM P<br><br>**PETITIONER'S REQUEST FOR AUTHORITY TO HAVE U.S. MARSHAL PAY WITNESS FEES PURSUANT TO 28 U.S.C. § 1825(b) AND <u>ORDER</u>** |

Petitioner CHRIS FOWLER, by and through the Office of the Federal Defender, and its attorney, Ann C. M<sup>c</sup>Clintock, Assistant Federal Defender, asks this Court for an order authorizing the payment of witness fees by the United States Marshal as provided in 18 U.S.C. § 1825(b). This Court already granted petitioner indigent status as well as leave to depose three witnesses. Those depositions are now complete and the witnesses have requested payment of fees authorized by 28 U.S.C. § 1821.

/ / /

---

\* Respondents have transferred Petitioner Fowler to Avenal State Prison. Ms. Mendoza-Powers is Warden of the prison and should be substituted automatically as an official party respondent. Rule 25, Fed. R. Civ. Proc.

1   The following is a list of petitioner's deposition witnesses for whom witness fees are
2 requested:
3   1.   Thomas Gianquinto, who was deposed in San Diego, California, on August
4       22, 2005;
5   2.   John Iniguez, who was deposed in Sacramento, California, on August 23,
6       2005; and
7   3.   Manuel Ortega, who was deposed in Bell Gardens, California, on August 31,
8       2005.
9   Petitioner has established that each of these persons needed to be deposed in order to allow
10 petitioner to present an adequate case.
11 Dated:  October 7, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender


 /s/  Ann C. M<sup>c</sup>Clintock
Ann C. M<sup>c</sup>Clintock
Assistant Federal Defender

Attorneys for Petitioner
CHRIS FOWLER


\* \* \* \* \* \*

Authorization for the payment of witness fees is hereby granted.
Dated:  October 21, 2005.

UNITED STATES MAGISTRATE JUDGE

/fowl2250.wf

2