IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS FOWLER,

    Petitioner,                    2:02-cv-2250-GEB-JFM-P

  vs.

DIANE BUTLER, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 17, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  Neither party has filed objections to the findings and recommendations; petitioner has filed a notice of non-objection to the findings and recommendations.

        By this action, petitioner challenges a February 10, 2000 decision of the California Board of Prison Terms (BPT) denying him a parole date.  Respondents have moved to dismiss the petition on the grounds that (1) it is mooted by a subsequent parole consideration hearing

1

1  held on September 26, 2005; and (2) petitioner has no federally protected liberty interest in a
2  parole date. The latter contention was predicated on a decision by a judge of this court in <u>Sass v.
3  California Board of Prison Terms</u>, Case No. CIV S-01-0835 MCE KJM P (<u>Sass</u>), which at the
4  time of the magistrate judge's findings and recommendations was pending on appeal in the
5  United States Court of Appeals for the Ninth Circuit.
6         The magistrate judge recommended rejection of respondents' contention that this
7  action is mooted by petitioner's subsequent parole consideration hearing and a stay of this matter
8  pending a decision in the <u>Sass</u> case. On August 31, 2006, the United States Court of Appeals
9  decided <u>Sass v. California Board of Prison Terms</u>, __ F.3d __, 2006 WL 2506393 (9th Cir. Aug.
10 31, 2006). Therein, the court of appeals held in relevant part that California's parole statute does
11 give rise to a liberty interest protected by the due process clause of the federal constitution.
12        The court has reviewed the file and finds the findings and recommendations as to
13 respondents' first contention to be supported by the record and by the magistrate judge's analysis.
14 In view of the court of appeals' decision in <u>Sass</u>, there is no reason to stay this action and
15 respondents' second contention will be rejected.
16        In accordance with the above, IT IS HEREBY ORDERED that:
17        1. The findings and recommendations filed August 17, 2006, are adopted;
18        2. Respondents' December 14, 2005 motion to dismiss is denied; and
19        3. This matter is referred back to the magistrate judge for further proceedings.
20 Dated: September 13, 2006

                                    <u>/s/ Garland E. Burrell, Jr.</u>
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2