IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS FOWLER,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DIANE BUTLER, et al.,<br><br>　　　　　　Respondents. | 2:02-cv-2250-GEB-JFM-P<br><br><br>ORDER |

On July 19, 2007, Petitioner filed a "Request for Release Pending Appeal."  However, in light of the Ninth Circuit's decision staying this court's June 14, 2007 order requiring the Board of Prison Terms to calculate Petitioner's parole release date, Petitioner's request for release is denied.

IT IS SO ORDERED.

Dated:  July 24, 2007

　　　　　　　　　　　　　　　　　　／s／ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　United States District Judge

1